# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2012

144578 & (85)(86)
(87)(88)(92)(93)(95)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WELLS FARGO BANK, N.A.,
      Plaintiff-Appellee,

v

CHERRYLAND MALL LIMITED
PARTNERSHIP and DAVID SCHOSTAK,
      Defendants-Appellants,

and

SCHOSTAK BROTHERS & CO., INC.,
      Defendant.

SC:  144578
COA:  304682
Grand Traverse CC:
2010-028149-CH

_____/

On order of the Court, the motion to file supplemental brief, and the motions for leave to file brief amicus curiae are GRANTED. The application for leave to appeal the December 27, 2011 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for further proceedings. On remand, the Court of Appeals shall reconsider its decision in light of the Legislature's recent passage of the Nonrecourse Mortgage Loan Act, 2012 PA 67, MCL 445.1591 *et seq.,* which retroactively prohibits a post closing solvency covenant from being used as a nonrecourse carveout or as a basis for any claim against a borrower, guarantor, or other surety on a nonrecourse loan. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should now be reviewed by this Court. The motion to vacate is DENIED.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012

_____
Clerk

s0919